IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-
Criminal Action No.
26-00149-01-CR-W-SRB

SHARROD E. DACE,

Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922 (g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
Government: James Kirkpatrick & Michael Nichols
Case Agent: Steve Cook, Independence Police Department
Paralegal: Bonnie Kaiser
Defense: Ronna Holloman-Hughes
Paralegal: Cachet Williams
Springfield Assistant Federal Public Defender

**OUTSTANDING MOTIONS**: None
**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
Government: 8 with stipulations; 10 without stipulations
Defense: 3 witnesses, including Defendant who will likely testify.

**TRIAL EXHIBITS**:
Government: 30-40 exhibits
Defense: 10 exhibits

**DEFENSES**:
( X ) defense of general denial
(   ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
( X) Definitely for trial                    (   ) Possibly for trial
(   ) Motion to continue to be filed         (   ) Likely a plea will be worked out

**TRIAL TIME**:    **2 to 2 ½ days**
  Government's case including jury selection: 1 to 1 and 1/2 days
  Defense case: 1/2 days

**STIPULATIONS**:
  (   )    not likely
  (   )    not appropriate
  ( X )    likely as to:
      ( X )    chain of custody
      (   )    chemist's reports
      ( X )    prior felony conviction
      ( X )    interstate nexus of firearm
      ( X )    other: <u>functionality of firearm</u>

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

  **Witness and Exhibit Lists**:
  Government: July 27, 2026
  Defense: July 27, 2026
  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions**: July 27, 2026
  **Jury instructions must comply with Local Rule 51.1**

  **Motions in Limine**: July 27, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing August 10, 2026
  **Please note**:   *Government Counsel James Kirkpatrick is unavailable August 13-14 and has a second trial on this docket in U.S. v. Willingham, 26-cr-00091-DGK, however that case may be continued.   This case can proceed to trial without AUSA Kirkpatrick if necessary.   Defense Counsel Rhonda Holloman Hughes is available only during the first week of August trial docket.*

**OTHER**:
  (   )    A _____-speaking interpreter is required.
  (   )    Other assistive devices: _____

  **IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge

2